

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeanie Marie Fowler, Appellant

No. 06-20-00030-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR18-229). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jeanie Marie Fowler, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk